**Robert Shelton SIMMONS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28225.

Court of Criminal Appeals of Texas.

April 4, 1956.

**Billy Van PHILLIPS, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28221.

Court of Criminal Appeals of Texas.

April 4, 1956.

No appearance for appellant.

Howard M. Fender, Dist. Atty., Eugene D. Biddle, Grady Hight and Conard Florence, Asst. Dist. Attys., Fort Worth, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the unlawful possession of a narcotic drug; the punishment, four years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.